Schaefer & Dolan and Herrick & Herrick, for appellant. Dobbins & Dobbins, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Arthur Swain, appellee, v. John Barton Payne, director general of railroads, appellant.

Action for damages for negligent delay in the transportation of cattle. Judgment for plaintiff. Appeal from the Circuit Court of Morgan county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed January 4, 1922.

Wilson & Butler, for appellant. William N. Hairgrove, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Edward P. Irving, appellee, v. Joseph Ayers and John T. Ayers, appellants.

Action upon a promissory note given in connection with a partnership agreement. Failure of consideration and assignment after maturity pleaded. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed January 4, 1922. *Certiorari* denied by Supreme Court (making opinion final).

William R. Bach, for appellants. McMillen & McMillen and Morrissey, Sullivan & Rust, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

## SECOND DISTRICT.

---

Judson S. Joslyn, appellee, v. Estate of Horace Stocking, deceased, appellant. Gen. No. 6,928.

Claim against the estate of a decedent. Claim disallowed in county court and allowed in circuit court on appeal. Appeal from the Circuit Court of Ogle county; the Hon. Harry Edwards, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed November 2, 1921.

Gardner & Gardner and Seyster & Fearer, for appellant. Sidney A. Shoop and Fisher, North, Welsh & Linscott, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.